UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TOM RUKAJ,                                              : 14 Civ. 5068 (AKH)
                                                        :
                          Plaintiff,   : **NOTICE OF APPEARANCE**
     - against -                                   : **FOR GARRETT KASKE**
                                                        :
CARMINE LIMITED and MAUTNER-GLICK      :
CORP.,                                                  :
                                                        :
                       Defendants.     :
------------------------------------------------------------ X

      PLEASE TAKE NOTICE that, I, Garrett Kaske, hereby respectfully enter an appearance as counsel for Plaintiff in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

      I certify that I am admitted to practice before this Court.

Dated: Melville, New York
       July 11, 2014                    Yours, etc.,

                                            By:  /s/ Garrett Kaske
                                                Garrett Kaske

                                                **SHULMAN KESSLER LLP**
                                                Garrett Kaske
                                                510 Broadhollow Road, Suite 110
                                                Melville, New York 11747
                                                Telephone:  (631) 499-9100
                                                Email:  gkaske@shulmankessler.com

                                                **Attorneys for Plaintiff**